# Exhibit 1

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MINERALS DEVELOPMENT &
SUPPLY COMPANY, INC.,

      Plaintiff,

v.                                           Case No. 10-CV-488

HUNTON & WILLIAMS LLP,
INSIGHT EQUITY HOLDINGS LLC
and INSIGHT EQUITY LP,

      Defendants.

### AFFIDAVIT OF VICTOR L. VESCOVO

I, Victor L. Vescovo, give this affidavit in support of Insight Equity Holdings LLC's and Insight Equity LP's respective Motions to Dismiss Pursuant to Rule 12(b)(2) for lack of personal jurisdiction. Accordingly, I state the following to the best of my recollection and belief under oath and penalty of perjury:

1.     I am the Managing Director of Superior Silica Sands LLC. My responsibilities include oversight of Superior Silica Sands LLC's management and business operations.

2.     Superior Silica Sands LLC is a limited liability company that is wholly owned and member-managed by Superior Silica Holdings LLC. Superior Silica Sands LLC operates by and through its duly appointed officers and the Board of Managers of Superior Silica Holdings LLC.

3.     Superior Silica Sands LLC is not operated by Insight Equity Holdings LLC or Insight

1

Equity LP.

4. Superior Silica Sands LLC entered into a sand supply contract with Wildcat Companies II LLC dated August 19, 2010. Neither Insight Equity Holdings LLC nor Insight Equity LP were parties to that contract.

5. I am a member of Insight Equity Holdings LLC, which is the general partner for Insight Equity LP.

6. Neither Insight Equity Holdings LLC nor Insight Equity LP owns or leases any real estate in Wisconsin, maintains offices in Wisconsin, keeps agents or employees in Wisconsin, or is registered to transact business in Wisconsin.

7. I am familiar with the Complaint filed in Monroe County, Wisconsin Circuit Court, entitled *Minerals Development & Supply Company, Inc., Plaintiff, vs. Hunton & Williams LLP, Insight Equity Holdings, LLC and Insight Equity LP, Defendants, Case No. 10-CV-428*. Neither Insight Equity Holdings LLC nor Insight Equity LP solicited, advertised or sold products or services in Wisconsin in any way related to the allegations in the Complaint.

8. Neither Insight Equity Holdings LLC nor Insight Equity LP manufactures any products, materials or things in Wisconsin or any products, materials or things that are consumed or used in Wisconsin.

_[signature]_
NAME

State of Texas          )
                        )
City of Southlake To Wit:  )

Subscribed and sworn to before me, a Notary Public in and for the aforesaid jurisdiction, this 27th day of August 2010.

_[signature: Tiffany Perez]_
Notary Public

_[Notary seal: Tiffany Rhae Perez, Notary Public, State of Texas]_

3