IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MINERALS DEVELOPMENT &
SUPPLY COMPANY, INC.,

        Plaintiff,

v.                                            Case No. 10-cv-488-wmc

HUNTON & WILLIAMS, LLP,
INSIGHT EQUITY HOLDINGS, LLC
and INSIGHT EQUITY LP,

        Defendants.

---

### JUDGMENT

---

    This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting defendant Hunton & Williams, LLP's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and granting defendants Insight Equity Holdings, LLC's and Insight Equity LP's motion to dismiss pursuant to Fed. R. Civ. P. 41.


_____           _10/3/11_____
Peter Oppeneer, Clerk of Court              Date